### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### BALTIMORE DIVISION

**In re:**

| | |
|---|---|
| **ANNA ONEAL** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 24-15493** |

### NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for Wells Fargo Bank, N.A., and requests that Samuel I. White, P.C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,

**SAMUEL I. WHITE, P.C.**

By: **/s/ D. Carol Sasser**
Daniel J. Pesachowitz, Esquire, Bar No. 14930
Robert A. Jones, Esquire, Bar No. 18707
D. Carol Sasser, Esquire, Bar No. 21631
Samuel I. White, P.C.
448 Viking Drive
Suite 350
Virginia Beach, VA 23452
Tel:(757) 490-9284
Fax:(757) 497-2802
dsasser@siwpc.com

### CERTIFICATE OF SERVICE

I certify that on July 3, 2024, the foregoing Notice was served via CM/ECF on Brian A. Tucci, Trustee, and Eric S. Steiner, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Anna Oneal, Debtor, 5722 Cross Country Blvd, Baltimore, MD 21209.

**/s/ D. Carol Sasser**
D. Carol Sasser, Esquire
Samuel I. White, P.C.

File No. 89685