**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

**In re:**

| | |
|---|---|
| **ANNA ONEAL** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 24-15493** |

**NOTICE OF WITHDRAWAL OF OBJECTION TO PLAN**

Notice is hereby given that the Objection to Confirmation of Plan of Wells Fargo Bank, N.A., by Counsel, filed on July 8, 2024 as Docket No. 11, is hereby Withdrawn Without Prejudice.

/s/Daniel J. Pesachowitz
By: _____
Daniel J. Pesachowitz, Esquire, Bar No. 14930
Robert A. Jones, Esquire, Bar No. 18707
D. Carol Sasser, Esquire, Bar No. 21631
Samuel I. White, P.C.
6100 Executive Blvd.
Suite 400
Rockville, MD 20852
Tel:(301) 804-3400
Fax:(301) 838-1954
dpesachowitz@siwpc.com
Counsel for Wells Fargo Bank, N.A.

CERTIFICATE OF SERVICE

I certify that on July 26, 2024, the foregoing Notice of Withdrawal was served via CM/ECF on Brian A. Tucci, Trustee, and Eric S. Steiner, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Anna Oneal, Debtor, 5722 Cross Country Blvd, Baltimore, MD 21209.

/s/Daniel J. Pesachowitz

_____
Daniel J. Pesachowitz, Esquire
Samuel I. White, P. C.